IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BROWN,<br><br>                              Plaintiff,<br><br>           -against-<br><br>CITIBANK N.A.; CENLAR DBA CITIBANK; CITIMORTGAGE INC.,<br><br>                              Defendants. | Civil Case No.: 1:25-cv-238 |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT CENLAR FSB</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cenlar FSB (incorrectly named in the caption as "CENLAR DBA CITIBANK"), by and through its attorneys, hereby submits this corporate disclosure and states as follows:

Cenlar FSB is a wholly-owned subsidiary of Cenlar Capital Corporation. No publicly held corporation owns more than 10% of Cenlar Capital Corporation stock.

Dated: January 10, 2025                    STRADLEY RONON STEVENS & YOUNG, LLP
       New York, NY

                                    By:    *s/ Boris Brownstein*
                                           Boris Brownstein, Esq.
                                           100 Park Avenue, Suite 2000
                                           New York, New York 10017
                                           Telephone: (212) 404-0653
                                           Facsimile: (646) 682-7180
                                           bbrownstein@stradley.com
                                           *Attorneys for Defendant Cenlar FSB (incorrectly named in the caption as "CENLAR DBA CITIBANK")*

7245535v.1

**CERTIFICATE OF SERVICE**

I, Boris Brownstein, hereby certify that, on January 10, 2025, I caused a copy of the foregoing to be electronically filed and served on all counsel of record via the Court's ECF system. I understand that the document is available for viewing and downloading from the ECF PACER system.

 */s/ Boris Brownstein*  
Boris Brownstein