UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................

| | |
|---|---|
| DAVID BROWN, | : |
| | : Case No. 1:25-cv-00238-JHR |
| Plaintiff, | : |
| | : |
| v. | : **NOTICE OF APPEARANCE** |
| | : |
| CITIBANK N.A.; CENLAR DBA CITIBANK; CITIMORTGAGE INC., | : |
| | : |
| Defendants. | : |

..................................................................

PLEASE TAKE NOTICE that Reymond E. Yammine of K&L Gates LLP hereby enters his appearance as counsel for Defendants Citibank, NA and CitiMortgage, Inc. in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be directed to the undersigned at the office set forth below or through this Court's electronic filing system.

Dated:  January 14, 2025                K&L GATES LLP

*/s/ Reymond E. Yammine*
Reymond E. Yammine
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Reymond.Yammine@klgates.com

*Attorneys for Defendants Citibank, NA and CitiMortgage, Inc.*