UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>CITIBANK N.A.; CENLAR DBA CITIBANK; CITIMORTGAGE INC.,<br><br>      Defendants. | Case No. 1:25-cv-00238-JHR<br><br>**DEFENDANTS' CITIBANK N.A.'S AND CITIMORTGAGE INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant CitiMortgage, Inc. states that it is 70% owned by Citibank, N.A. and 30% owned by Citi Retail Services LLC.  Citi Retail Services LLC is 80% owned by Citicorp USA, Inc. and 20% owned by Citibank, N.A.  Citicorp USA, Inc. is a wholly-owned subsidiary of Citibank, N.A.

Defendant Citibank, N.A. states that it is a wholly-owned subsidiary of Citicorp LLC.  Citicorp LLC is a wholly-owned subsidiary of Citigroup Inc.  Citigroup Inc. is a publicly traded corporation.

| | |
|---|---|
| Dated:  January 27, 2025 | **K&L GATES LLP**<br><br>*/s/ David E. Fialkow*<br>David E. Fialkow<br>1 Congress Street, Suite 2900<br>Boston, MA 02114-2023<br>Phone: (617) 261-3126<br>Fax: (617) 261-3175<br>David.Fialkow@klgates.com<br><br>Reymond E. Yammine<br>One Newark Center, 10th Fl.<br>Newark, New Jersey 07102-5285<br>Phone: (973) 848-4127<br>Fax: (973) 848-4001<br>Reymond.Yammine@klgates.com<br>*Attorneys for Defendants Citibank, NA and CitiMortgage, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of January, 2025, a true and correct copy of the Defendants' Citibank N.A's and CitiMortgage, Inc.'s Rule 7.1 Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered users in the case, and served via Federal Express upon the following:

David Brown, *Pro Se*
720 Fort Washington Avenue, Unit 6-D
New York, New York 10040

/s/ *David E. Fialkow*
David E. Fialkow