**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DAVID BROWN,

              Plaintiff,                  25-CV-0238 (JHR) (OTW)

      -against-                  **ORDER**

CITIBANK N.A., et al.,

              Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an initial case management conference on August 13, 2025. As **ORDERED** at the August 13 conference:

1) The parties are directed to meet and confer by **Friday, August 15, 2025**, and to file a joint letter on the docket apprising the Court of the parties' plan for discovery.

2) The parties are directed to meet and confer and file a joint letter by **Friday, September 26, 2025** indicating whether they consent to my jurisdiction for all purposes under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: August 14, 2025                                        **Ona T. Wang**
       New York, New York                             United States Magistrate Judge