**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

DAVID BROWN,

                Plaintiff,

                -against-

CITIBANK N.A., et al.,

                Defendants.

-------------------------------------------------------------x

25-cv-0238 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, June 17, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

        **SO ORDERED.**

                              _s/ Ona T. Wang_

Dated: May 13, 2026                    **Ona T. Wang**
      New York, New York         United States Magistrate Judge